HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95823
Telephone: 916-498-5700
Fax: 916-498-5710
Megan_hopkins@fd.org

Attorney for Defendant
KARIN ZIRK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>KARIN ZIRK,<br>Defendant. | Case No. 3:24-po-00167-DMC<br>STIPULATION AND ORDER TO CONTINUE BENCH TRIAL<br>Date: March 13, 2025<br>Time: 3:00 p.m. |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Joseph Douglas Harman, counsel for Plaintiff, and Assistant Federal Defender Megan Hopkins, counsel for defendant, that the bench trial in this case originally scheduled for January 29, 2024, at 3:00 p.m. be continued to **March 13, 2025, 3:00 p.m.**

This continuance is requested to accommodate defense counsel scheduling issues after consulting with the Court and the government.

///

///

///

///

Dated: January 2, 2025

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Public Defender

*/s/ Megan T. Hopkins*
MEGAN HOPKINS
Assistant Federal Defender
Attorney for KARIN ZIRK

Dated: January 2, 2025

PHILLIP A. TALBERT
United States Attorney

*/s/ Joseph Douglas Harman*
JOSEPH DOUGLAS HARMAN
Assistant US Attorney
Attorney for Plaintiff

**<u>O R D E R</u>**

**IT IS HEREBY ORDERED** that the Bench Trial currently scheduled for January 29, 2024, at 3:00 p.m. is continued to **March 13, 2025, at 3:00 p.m.**

Dated: January 2, 2025

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE