MICHELE BECKWITH
Acting United States Attorney
Joseph Douglas Harman
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:24-PO-00167-DMC |
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF BENCH TRIAL; ORDER |
| v. | |
| KARIN ZIRK, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Karin Zirk, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a bench trial hearing on April 9, 2025.

2. By this stipulation, the government now moves to continue the bench trial until April 28, 2025, at 11:00 a.m.

3. The government's main witness is on military orders in early April, and this witness will not be available to testify on the April 9, 2025, date set for trial. The witness is central to the government's case, and trial cannot proceed without this witness.

4. The defendant does not oppose the requested continuance.

///

///

STIPULATION RE CONTINUANCE OF BENCH TRIAL         1

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: February 12, 2025 | MICHELE BECKWITH<br>Acting United States Attorney |
| | /s/ *Joseph Douglas Harman*<br>JOSEPH DOUGLAS HARMAN<br>Assistant United States Attorney |
| Dated: February 12, 2025 | HEATHER E. WILLIAMS<br>Federal Public Defender |
| | /s/ *Megan T. Hopkins*<br>Megan T. Hopkins<br>Counsel for Defendant<br>Karin Zirk |

**ORDER**

**IT IS SO ORDERED** that the bench trial currently scheduled for April 9, 2025, at 11:00 a.m. is hereby continued to April 28, 2025, at 11:00 a.m., in Sacramento, California.

IT IS SO ORDERED.

Dated: February 13, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE